

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00233-CV

DAVID DOTSON, Appellant

V.

TPC GROUP, INC. AND TPC GROUP, LLC, Appellees

Appeal from the 190th District Court of Harris County. (Tr. Ct. No. 2013-04900).

This case is an appeal from the final judgment signed by the trial court on February 13, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, David Dotson, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 12, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Huddle.